Matter of Martin v Martin

2026 NY Slip Op 02761

May 1, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF CARL MARTIN, PETITIONER-APPELLANT,

v

CHELSEA MARTIN, RESPONDENT-RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on May 1, 2026

346 CAF 25-01085

Present: Whalen, P.J., Curran, Ogden, Nowak, And Delconte, JJ.

THOMAS L. PELYCH, HORNELL, FOR PETITIONER-APPELLANT.

VERA A. VENKOVA, WILLIAMSVILLE, ATTORNEY FOR THE CHILDREN.

Appeal from an order of the Family Court, Wyoming County (Keith D. Kibler, J.), entered May 23, 2025, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, set out the parenting time for the parties with the children.

[*1]

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Memorandum: We conclude that petitioner father's appeal in this Family Court Act article 6 custody modification proceeding must be dismissed. Inasmuch as the father received the substantive relief requested in his petition for modification of a prior custody order, including the equal parenting time he specified, the father is not an aggrieved party (see CPLR 5511; Matter of Jefferson County Dept. of Social Servs. v Mark L.O., 12 AD3d 1037, 1038 [4th Dept 2004], lv dismissed 4 NY3d 794 [2005]; see also Matter of Cooper v Cooper, 74 AD3d 1868, 1869 [4th Dept 2010]).

Entered: May 1, 2026

Ann Dillon Flynn

Clerk of the Court